548 A.2d 250

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Marvin BRANTLEY, Appellee.**

Supreme Court of Pennsylvania.

Submitted April 14, 1988.

Decided Oct. 14, 1988.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., Deborah Fleisher, Philadelphia, for appellant.

Joseph J. Marinaro, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

316

▮▮▮▮▮▮▮▮▮▮

## ORDER

PER CURIAM.

The Order of the Superior Court is vacated and the case remanded to the Court of Common Pleas of Philadelphia County for a hearing on the issue of ineffectiveness of counsel and to ascertain the relevance of the testimony which would be given by the alleged missing witness.

JURISDICTION RELINQUISHED.